UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BRUCE W. MILLER** | **CIVIL ACTION NO. 12-CV-400** |
| **VERSUS** | **JUDGE HAIK** |
| **FRONTIER DRILLING USA, INC.** | **MAGISTRATE JUDGE HANNA** |

**ORDER REGARDING JURISDICTION**

The record shall reflect that this court conducted a review of the pleadings to determine whether the requirements for federal question jurisdiction have been satisfied. The undersigned finds that the pleadings present claims arising under the Constitution, laws, or treaties of the United States, including claims under Title VII of the Civil Rights Act at 42 U.S.C. §2000e et seq, over which claims the Court shall have original jurisdiction per 28 U.S.C. §1331. Per provisions of 28 U.S.C. §1367(a), the Court has supplemental jurisdiction over the related state law claims asserted in the pleadings.

Signed at Lafayette, Louisiana this 26th day of July, 2013.

_____
Patrick J. Hanna
United States Magistrate Judge